IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00758-MOC-SCR

| | | |
|---|---|---|
| **COUGAR, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **DELTA APPAREL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on "Defendant's … [Unopposed] Motion to Transfer Venue [to the United States District Court for the District of South Carolina, Greenville Division]" (Doc. No. 10). The Motion states that the contract which is the subject of the present dispute "designates the state or federal courts situated in Greenville, South Carolina as the forum where an action between the parties arising out of or related to the Contract may be instituted." (Doc. No. 10 at 2, Doc. No. 8-1 at 14, ¶ 26). Moreover, the Motion states that the parties have conferred, and that Plaintiff does not oppose the Motion. (Doc. No. 10 at 2).

For those reasons, the Motion to Transfer Venue will be granted.

**IT IS HEREBY ORDERED** that:

1. "Defendant's … [Unopposed] Motion to Transfer Venue [to the United States District Court for the District of South Carolina, Greenville Division]" (Doc. No. 10) is **GRANTED**. The Clerk is directed to transfer this matter to the United States District Court for the District of South Carolina, Greenville Division.

2. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: December 18, 2023

Susan C. Rodriguez
United States Magistrate Judge